# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SARAH J. M., | ) | No. CV 21-9030-PLA |
|            Plaintiff, | ) | **JUDGMENT** |
|    v. | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
|            Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with the Memorandum Opinion.

DATED: February 17, 2023

                                                                             */s/ Paul L. Abrams*
                                                     PAUL L. ABRAMS
                                   UNITED STATES MAGISTRATE JUDGE